UNITED STATES of America,
Plaintiff—Appellee,

v.

Timothy S. DEGARMO, Defendant—
Appellant.

No. 08–1787.

United States Court of Appeals,
Eighth Circuit.

Submitted: Jan. 13, 2009.

Filed: March 12, 2009.

Susan T. Lehr, U.S. Attorney's Office, Omaha, NE, for Plaintiff–Appellee.

David James Tarrell, Omaha, NE, for Defendant–Appellant.

Timothy S. Degarmo, El Reno, OK, pro se.

Before BYE, COLLOTON, and GRUENDER, Circuit Judges.

PER CURIAM.

Timothy S. Degarmo was tried and convicted of conspiracy to distribute methamphetamine and sentenced to 300 months imprisonment. His direct appeal was denied in *United States v. Degarmo*, 450 F.3d 360 (8th Cir.2006). Thereafter, Degarmo filed a motion under 28 U.S.C. § 2255, seeking to vacate, set aside, or correct his sentence. Among other claims, Degarmo argued he was the victim of a vindictive prosecution and appellate counsel was ineffective for failing to raise the issue on direct appeal. After reviewing the record and the parties' briefs, we affirm for the reasons stated in the district court's [1] well-reasoned order. *See* 8th Cir. R. 47B.

---

1. The Honorable Warren K. Urbom, United States District Judge for the District of Nebraska.